UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JOHN DOE,                                                   :
                                                            :
                              Plaintiff,                    :
                                                            :                    25 Civ. 5938 (JPC)
              -v-                                            :
                                                            :                    ORDER
PHILLIPS NIZER LLP,                                         :
                                                            :
                              Defendant.                    :
                                                            :
------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      Plaintiff John Doe filed the Complaint and First Amended Complaint in this action under

a pseudonym.  Dkts. 1, 2.  Federal Rule of Civil Procedure 10, however, provides that "[t]he title

of the complaint must name all the parties."  Fed. R. Civ. P. 10(a).  Accordingly, Plaintiff may not

proceed pseudonymously unless he first seeks and receives permission from this Court to do so.

*See Sealed Plaintiff v. Sealed Defendant*, 537 F.3d 185, 189 (2d Cir. 2008).  If Plaintiff does not

file such a motion by August 12, 2025, the Court, absent an extension given, will dismiss the

Complaint.

      SO ORDERED.

Dated: July 22, 2025
     New York, New York
                                 JOHN P. CRONAN
                          United States District Judge