IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN DOE,<br><br>                    Plaintiff,<br><br>vs.<br><br>PHILLIPS NIZER LLP,<br><br>                    Defendant. | Case No.: 1:25-cv-5938 (JPC) (RFT) |

NOTICE OF MOTION REQUESTING LEAVE
FOR PLAINTIFF TO PROCEED PSEUDONYMOUSLY

**PLEASE TAKE NOTICE THAT** upon the annexed Memorandum of Law, Plaintiff will move this Court at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, NY 10007, before the Hon. John P. Cronan, U.S.D.J., at a time to be decided, for an Order granting Plaintiff leave to proceed pseudonymously.

Dated: Flushing, New York
       August 12, 2025

                                                    **CONSUMER ATTORNEYS, PLLC**

                    By:        */s/ Emanuel Kataev, Esq.*
                               Emanuel Kataev, Esq.
                               6829 Main Street
                               Flushing, NY, 11367-1305
                               (718) 412-2421 (office)
                               (718) 489-4155 (facsimile)
                               ekataev@consumerattorneys.com (email)

                               *Attorneys for Plaintiff*
                               *John Doe*

1