```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                      :
JOHN DOE,                                             :
                                                      :
                        Plaintiff,                    :
                                                      :         25 Civ. 5938 (JPC)
        -v-                                           :
                                                      :              ORDER
PHILLIPS NIZER LLP,                                   :
                                                      :
                        Defendant.                    :
                                                      :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

The parties are ordered to file a letter advising the Court of any settlement reached by September 2, 2025. Under Rule 3(G) of this Court's Individual Rules and Practices in Civil Cases, if "the parties wish the Court to retain jurisdiction to enforce a settlement agreement, the parties must place the terms of their settlement agreement on the public record. The parties may do this by providing a copy of the settlement agreement for the Court to endorse, attaching the settlement agreement to their stipulation of settlement and dismissal, or including the terms of their settlement agreement in their stipulation of settlement and dismissal."

SO ORDERED.

Dated: August 26, 2025
       New York, New York

_____
JOHN P. CRONAN
United States District Judge