UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
 :
JOHN DOE, :
 :
                Plaintiff, :
 :    25 Civ. 5938 (JPC)
      -v- :
 :    <u>ORDER</u>
PHILLIPS NIZER LLP, :
 :
                Defendant. :
 :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       On August 26, 2025, the Court ordered the parties to submit a joint letter updating the Court on the status of any settlement reached by September 2, 2025.  Dkt. 5.  The parties failed to submit this letter to the Court by that date.  By September 15, 2025, the parties must file on ECF the joint letter described in Dkt. 5.  The parties are reminded that the failure to comply with this Court's orders may result in sanctions.

       SO ORDERED.

Dated: September 8, 2025
       New York, New York                               JOHN P. CRONAN
                                                                         United States District Judge