IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
MANHATTAN DIVISION

| | |
|---|---|
| JOHN DOE,<br><br>    Plaintiff,<br><br>vs.<br><br>PHILLIPS NIZER LLP,<br><br>    Defendant. | Civil Case No.: 1:25-cv-5938 (JPC) (RFT)<br><br>**NOTICE OF SETTLEMENT** |

**NOTICE IS HEREBY GIVEN** that Plaintiff John Doe and Defendant Phillips Nizer LLP ("Defendant"), have resolved the claims between them in this matter. The parties are in the process of finalizing the terms and performance attendant to that resolution. The parties anticipate completing same within the next forty-five (45) days and submitting to the Court the notice or stipulation of voluntary dismissal papers. In the interim, the Parties ask that the Court deny the pending motion without prejudice to renew, vacate all deadlines in this case, and adjourn any conferences *sine die*.

Dated: Flushing, New York
    September 12, 2025        Respectfully submitted,

                     CONSUMER ATTORNEYS, PLLC
                     */s/ Emanuel Kataev, Esq.*
                     6829 Main Street
                     Flushing NY 11367-1305
                     (718) 412-2421 (office)
                     (718) 489-4155 (facsimile)
                     ekataev@consumerattorneys.com

                     *Attorneys for Plaintiff*
                     *John Doe*