IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
MANHATTAN DIVISION

| | |
|---|---|
| JOHN DOE,<br><br>           Plaintiff,<br><br>vs.<br><br>PHILLIPS NIZER LLP,<br><br>           Defendant. | Civil Case No.: 1:25-cv-5938 (JPC) (RFT)<br><br>**MOTION FOR EXTENSION OF TIME** |

Dear Judge Cronan:

This office represents the Plaintiff in the above-referenced case. Plaintiff timely writes pursuant to this Court's Order dated September 15, 2025 to apply to restore the action within forty-five (45) days because the settlement agreement is not completed and executed. A final draft appears to have been agreed upon by the parties. Plaintiff needs additional time to go over the agreement and execute same barring any issues upon a final review. Accordingly, an extension of time of thirty (30) days is respectfully sought.

Dated: Flushing, New York
       October 27, 2025                                    Respectfully submitted,

                                                           **CONSUMER ATTORNEYS, PLLC**
                                                            */s/ Emanuel Kataev, Esq.*
                                                           6829 Main Street
                                                           Flushing NY 11367-1305
                                                           (718) 412-2421 (office)
                                                           (718) 489-4155 (facsimile)
                                                           ekataev@consumerattorneys.com

                                                           *Attorneys for Plaintiff*
                                                           *John Doe*

1