IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
MANHATTAN DIVISION

| | |
|---|---|
| JOHN DOE,<br><br>                    Plaintiff,<br><br>vs.<br><br>PHILLIPS NIZER LLP,<br><br>                    Defendant. | Civil Case No.: 1:25-cv-5938 (JPC) (RFT)<br><br>**MOTION FOR EXTENSION OF TIME** |

Dear Judge Cronan:

This office represents the Plaintiff in the above-referenced case. Plaintiff timely writes pursuant to this Court's Order dated September 15, 2025 to apply to restore the action within forty-five (45) days because the settlement agreement is not completed and executed. A final draft appears to have been agreed upon by the parties. Plaintiff needs additional time to go over the agreement and execute same barring any issues upon a final review. Accordingly, an extension of time of thirty (30) days is respectfully sought.

Dated: Flushing, New York
       October 27, 2025

Respectfully submitted,

**CONSUMER ATTORNEYS, PLLC**
*/s/ Emanuel Kataev, Esq.*
6829 Main Street
Flushing NY 11367-1305
(718) 412-2421 (office)
(718) 489-4155 (facsimile)
ekataev@consumerattorneys.com

*Attorneys for Plaintiff*
*John Doe*

Plaintiff's extension request is granted. The deadline to restore this action is November 30, 2025. The Clerk of Court is respectfully directed to close Docket Number 9.

SO ORDERED.
Date: October 28, 2025
New York, New York

JOHN P. CRONAN
United States District Judge

1