IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
MANHATTAN DIVISION

| | |
|---|---|
| JOHN DOE,<br><br>                        Plaintiff,<br><br>vs.<br><br>PHILLIPS NIZER LLP,<br><br>                        Defendant. | Civil Case No.: 1:25-cv-5938 (JPC) (RFT)<br><br>**PLAINTIFF'S SECOND**<br>**MOTION FOR EXTENSION OF TIME** |

Dear Judge Cronan:

      This office represents the Plaintiff in the above-referenced case. Plaintiff timely writes pursuant to this Court's Order dated October 28, 2025 to apply to restore the action within twenty (20) days because the settlement agreement has been completed but is not executed. Although a final draft appeared to have been agreed upon by the parties, Plaintiff sought additional revisions upon reviewing same, which have been submitted to the Defendant on November 25, 2025. Accordingly, an extension of time of twenty (20) days is respectfully sought. This is Plaintiff's second request for an extension of time.

Dated: Flushing, New York
       November 25, 2025                                           Respectfully submitted,

                                                                                **CONSUMER ATTORNEYS, PLLC**
                                                                                */s/ Emanuel Kataev, Esq.*
                                                                                6829 Main Street
                                                                                Flushing NY 11367-1305
                                                                                (718) 412-2421 (office)
                                                                                (718) 489-4155 (facsimile)
                                                                                ekataev@consumerattorneys.com

                                                                               *Attorneys for Plaintiff*
                                                                               *John Doe*