IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
MANHATTAN DIVISION

| | |
|---|---|
| JOHN DOE,<br><br>            Plaintiff,<br><br>    vs.<br><br>PHILLIPS NIZER LLP,<br><br>            Defendant. | Civil Case No.: 1:25-cv-5938 (JPC) (RFT)<br><br>**PLAINTIFF'S THIRD<br>MOTION FOR EXTENSION OF TIME** |

Dear Judge Cronan:

This office represents the Plaintiff in the above-referenced case. Plaintiff timely writes pursuant to this Court's Order dated November 26, 2025 allowing for extension of time to restore this action until December 16, 2025. The parties have agreed on the language for a settlement agreement, and have sent execution copies to their respective clients, which are awaiting signature. Accordingly, an extension of time of fifteen (15) days, until December 31, 2025, is respectfully sought. This is Plaintiff's third request for an extension of time.

Dated: Flushing, New York
       December 16, 2025                           Respectfully submitted,

                                                   **CONSUMER ATTORNEYS, PLLC**
                                                   */s/ Emanuel Kataev, Esq.*
                                                   6829 Main Street
                                                   Flushing NY 11367-1305
                                                   (718) 412-2421 (office)
                                                   (718) 489-4155 (facsimile)
                                                   ekataev@consumerattorneys.com

                                                   *Attorneys for Plaintiff*
                                                   *John Doe*

1