IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
MANHATTAN DIVISION

| | |
|---|---|
| JOHN DOE,<br><br>                          Plaintiff,<br><br>      vs.<br><br>PHILLIPS NIZER LLP,<br><br>                          Defendant. | Civil Case No.: 1:25-cv-5938 (JPC) (RFT)<br><br>**PLAINTIFF'S THIRD<br>MOTION FOR EXTENSION OF TIME** |

Dear Judge Cronan:

This office represents the Plaintiff in the above-referenced case. Plaintiff timely writes pursuant to this Court's Order dated November 26, 2025 allowing for extension of time to restore this action until December 16, 2025. The parties have agreed on the language for a settlement agreement, and have sent execution copies to their respective clients, which are awaiting signature. Accordingly, an extension of time of fifteen (15) days, until December 31, 2025, is respectfully sought. This is Plaintiff's third request for an extension of time.

Dated: Flushing, New York
       December 16, 2025

Respectfully submitted,

**CONSUMER ATTORNEYS, PLLC**
*/s/ Emanuel Kataev, Esq.*
6829 Main Street
Flushing NY 11367-1305
(718) 412-2421 (office)
(718) 489-4155 (facsimile)
ekataev@consumerattorneys.com

*Attorneys for Plaintiff*
*John Doe*

Plaintiff's extension request is granted. The deadline to restore this action is December 31, 2025. The Clerk of Court is respectfully directed to close Docket Number 13.

SO ORDERED.
Date: December 17, 2025
New York, New York

JOHN P. CRONAN
United States District Judge

1