IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
MANHATTAN DIVISION

| | |
|---|---|
| JOHN DOE,<br><br>　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>PHILLIPS NIZER LLP,<br><br>　　　　　　　　Defendant. | Case No.: 1:25-cv-5938 (JPC) (RFT)<br><br>**PLAINTIFF'S FOURTH<br>MOTION FOR EXTENSION OF TIME** |

Dear Judge Cronan:

　　This office represents the Plaintiff in the above-referenced case. Plaintiff timely writes pursuant to this Court's Order dated December 17, 2025 allowing for extension of time to restore this action until December 31, 2025. The parties have agreed on the language for a settlement agreement, and have sent execution copies to their respective clients, <u>which has since been executed by the Plaintiff</u>. However, the Defendant has not yet sent a fully executed agreement. Plaintiff now respectfully requests an extension of time of fifteen (15) days from the date supplied by that Order, until January 15, 2026, so that Defendant may execute the settlement agreement and comply with any terms therein. This is Plaintiff's fourth request for an extension of time.

Dated: Flushing, New York
　　　　December 31, 2025

　　Respectfully submitted,
　　**CONSUMER ATTORNEYS, PLLC**
　　<u>/s/ Emanuel Kataev, Esq.</u>
　　6829 Main Street
　　Flushing NY 11367-1305
　　(718) 412-2421 (office)
　　(718) 489-4155 (facsimile)
　　ekataev@consumerattorneys.com

　　*Attorneys for Plaintiff*
　　*John Doe*

Plaintiff's extension request is granted. The deadline to restore this action is January 15, 2026. The Clerk of Court is respectfully directed to close Docket Number 15.

SO ORDERED.
Date: January 2, 2026
New York, New York

JOHN P. CRONAN
United States District Judge