UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JOHN DOE,

                               Plaintiff,

      -against-

PHILLIPS NIZER LLP,

                              Defendant.
------------------------------------------------------------------X

Case No.: 1:25-cv-5938 (JPC) (RFT)

**STIPULATION OF**
**VOLUNTARY DISMISSAL**

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff John Doe ("Plaintiff") and Defendant Philips Nizer LLP ("Defendant") by and through their respective counsel, that – pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure – Plaintiff's claims in his Complaint and any claims against Plaintiff in the above-captioned case shall be dismissed in their entirety with prejudice and without costs or attorneys' fees.

Dated: Jamaica, New York
           January 15, 2026

**SAGE LEGAL LLC**

*/s/ Emanuel Kataev, Esq.*
Emanuel Kataev, Esq.
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421 (office)
(718) 489-4155 (facsimile)
emanuel@sagelegal.nyc

*Attorneys for Plaintiff*

Dated:  Jamaica, New York
            January 15, 2026

**EUSTACE PREZIOSO YAPCHANYK & YANG**

_____
Edward M. Eustace, Esq.
550 Madison Avenue, 10th Floor
New York, N. Y. 10022
O: 212-612-4210
M: 646-872-1220
E: Edward.eustace@chubb.com

*Attorneys for Defendant*

SO ORDERED:

_____
Hon. John P. Cronan, U.S.D.J.